IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

  vs.

MAURICE HARRIS,

Defendant.         CRIMINAL NO. 13-CR-30059-DRH

<u>ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
(FINAL ORDER OF FORFEITURE)</u>

On February 14, 2014, this court entered an order for forfeiture against defendant Maurice Harris for the following property which had been seized from the defendant:

**One Smith & Wesson, Model 4513TSW, .45 caliber handgun, bearing serial number MSF0355.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning February 26, 2014, and ending March 27, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on February 14, 2014, namely:

> **One Smith & Wesson, Model 4513TSW, .45 caliber handgun, bearing serial    number MSF0355.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law.   The disposal may, at the discretion of the United States, include the destruction of the property.   The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 21st day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.21 16:15:56 -05'00'

**Chief Judge**
**U.S. District Court**